IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | Case No. 2:12 CR 116 |
| vs. | : | JUDGE MARBLEY |
| CHRISTOPHER JOVANOVSKI, | : | |
| Defendant. | : | |

## ORDER

Defendant Christopher Jovanovski has filed a motion for leave *instanter* to file his sentencing memorandum under seal (Doc. #    ). The Court finds that the motion should be and the same is hereby GRANTED; and it is further

ORDERED that Defendant Christopher Jovanovski's Sentencing Memorandum shall be filed under seal and not placed in the public record..

**SO ORDERED.**

Dated: May 23, 2013

/s/ Algenon L. Marbley
_____
Algenon L. Marbley
United States District Judge